UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BREUNERS HOME FURNISHINGS CORP., | ) | Case No. 04-12030 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HUFFMAN KOOS INC., | ) | Case No. 04-12031 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HUFFMAN KOOS REAL ESTATE INC., | ) | Case No. 04-12032 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | **Related Docket No. 2** |

### ORDER DIRECTING
### JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion seeking entry of an order directing joint administration of chapter 11 cases (the "Motion") filed by the Debtors[1] in the captioned cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and cause appearing therefore; it is hereby

---

[1] Capitalized terms used but not defined herein shall have the same meaning as in the Motion.

ORDERED, that the Motion is granted; and it is further

ORDERED, that the above-captioned cases be, and they hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Debtors' cases; and it is further

ORDERED, that the caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BREUNERS HOME FURNISHINGS | ) | |
| CORP. et al.,[1] | ) | Case No. 04- 12030 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

[1] Capitalized terms used but not defined herein shall have the same meaning as in the Motion.

ORDERED, that a docket entry shall be made in each one of the Debtors' cases substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of Breuners Home Furnishings Corp.'s chapter 11 case and the chapter 11 cases of Huffman Koos Inc. and Huffman Koos Real Estate Inc. All further pleadings and other papers are to be filed in and all further docket entries are to be made in Case No. 04-12030; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 16, 2004

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Charles G. Case, II